IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JOHN THOMAS H. Do (SBN 285075)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2593
Fax:     (202) 514-8865
john.do@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LISA P. JACKSON,<br>in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendant. | Case No. 12-cv-4762-RS<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Local Rule 6-1, Plaintiff Sierra Club ("Sierra Club") and Defendant Lisa Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency ("United States"), hereby stipulate through their undersigned counsel that the United States shall have until January 14, 2013 to file a reply memorandum in support of motion to dismiss. Dkt. #20.

This extension of time is needed to complete interagency coordination and obtain management approval from the Environmental Protection Agency and the Department of Justice. This process is delayed due to employee absences during the upcoming holiday

season. Undersigned counsel previously stipulated for an extension of time for the United States to respond to Sierra Club's Complaint. Dkt. #16. No other future dates or deadlines regarding this case are impacted by this stipulation.

IT IS SO STIPULATED.

I, John Thomas H. Do, can attest that concurrence in the filing of this joint stipulation has been obtained from Robert Ukeiley, counsel for Sierra Club.

Respectfully submitted,

FOR SIERRA CLUB

DATED: December 21, 2012    /s/ Robert Ukeiley (with permission)
ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
507 Center Street
Berea, KY 40403
Phone (859) 986-5402
rukeiley@igc.org

*Attorney for Plaintiff Sierra Club*

FOR THE UNITED STATES OF AMERICA

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

DATED: December 21, 2012    /s/ John Thomas H. Do
JOHN THOMAS H. DO
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2593
Fax:   (202) 514-8865
john.do@usdoj.gov

*Attorneys for Defendant*

IT IS SO ORDERED

Dated: 12/26            , 2012      _____

United States District Court Judge