IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JOHN THOMAS H. DO (SBN 285075)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2593
Fax: (202) 514-8865
john.do@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LISA P. JACKSON,<br>in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendant. | Case No. 12-cv-4762-RS<br><br>**SECOND JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Local Rule 6-1, Plaintiff Sierra Club ("Sierra Club") and Defendant Lisa Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby stipulate through their undersigned counsel that the EPA shall have until February 4, 2013 to file a reply memorandum in support of motion to dismiss. Dkt. #20.

Due to the limited availability of EPA staff over the recent holiday season, the Court previously granted an extension of time for the EPA to file the reply. Dkt. #27.

Undersigned counsel also previously stipulated for EPA to respond to Sierra Club's Complaint. Dkt. #16.

This extension of time is needed for the parties to discuss whether these proceedings should be held in abeyance in light of a recent EPA action. An abeyance would obviate the need for the Court to consider the pending motion to dismiss and further the interests of judicial economy.

No other future dates or deadlines regarding this case are impacted by this stipulation.

IT IS SO STIPULATED.

I, John Thomas H. Do, can attest that concurrence in the filing of this joint stipulation has been obtained from Robert Ukeiley, counsel for Sierra Club.

Respectfully submitted,

FOR SIERRA CLUB

DATED: January 10, 2013         /s/ Robert Ukeiley (with permission)
                                ROBERT UKEILEY
                                Admitted Pro Hac Vice
                                Law Office of Robert Ukeiley
                                507 Center Street
                                Berea, KY 40403
                                Phone (859) 986-5402
                                rukeiley@igc.org

                                *Attorney for Plaintiff Sierra Club*

FOR THE UNITED STATES OF AMERICA

                                IGNACIA S. MORENO
                                Assistant Attorney General
                                Environment & Natural Resources Division

DATED: January 10, 2013         /s/ John Thomas H. Do
                                JOHN THOMAS H. DO
                                U.S. Department of Justice
                                Environmental Defense Section
                                P.O. Box 7611
                                Washington, D.C. 20044

2

Phone: (202) 514-2593
Fax:     (202) 514-8865
john.do@usdoj.gov

*Attorneys for Defendant*

IT IS SO ORDERED

Dated: __1/10_____, 2013

_____
United States District Court Judge