IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JOHN THOMAS H. DO (SBN 285075)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2593
Fax:    (202) 514-8865
john.do@usdoj.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LISA P. JACKSON,<br>in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendant. | Case No. 12-cv-4762-RS<br><br>**SECOND JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

　　　　Pursuant to Local Rule 6-1, Plaintiff Sierra Club ("Sierra Club") and Defendant Lisa Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby stipulate through their undersigned counsel that the EPA shall have until February 4, 2013 to file a reply memorandum in support of motion to dismiss.  Dkt. #20.

　　　　Due to the limited availability of EPA staff over the recent holiday season, the Court previously granted an extension of time for the EPA to file the reply.  Dkt. #27.

1

Second Joint Stipulation and Order for Extension of Time　　　　　　　　　　　　　　Case No. 12-cv-4762-RS

Undersigned counsel also previously stipulated for EPA to respond to Sierra Club's Complaint. Dkt. #16.

This extension of time is needed for the parties to discuss whether these proceedings should be held in abeyance in light of a recent EPA action. An abeyance would obviate the need for the Court to consider the pending motion to dismiss and further the interests of judicial economy.

No other future dates or deadlines regarding this case are impacted by this stipulation.

IT IS SO STIPULATED.

I, John Thomas H. Do, can attest that concurrence in the filing of this joint stipulation has been obtained from Robert Ukeiley, counsel for Sierra Club.

Respectfully submitted,

FOR SIERRA CLUB

DATED: January 10, 2013               /s/ Robert Ukeiley (with permission)
                                      ROBERT UKEILEY
                                      Admitted Pro Hac Vice
                                      Law Office of Robert Ukeiley
                                      507 Center Street
                                      Berea, KY 40403
                                      Phone (859) 986-5402
                                      rukeiley@igc.org

                                      *Attorney for Plaintiff Sierra Club*

FOR THE UNITED STATES OF AMERICA

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment & Natural Resources Division

DATED: January 10, 2013               /s/ John Thomas H. Do
                                      JOHN THOMAS H. DO
                                      U.S. Department of Justice
                                      Environmental Defense Section
                                      P.O. Box 7611
                                      Washington, D.C. 20044

<pre>
                                            Phone: (202) 514-2593
                                            Fax:   (202) 514-8865
                                            john.do@usdoj.gov

                                            *Attorneys for Defendant*
</pre>

IT IS SO ORDERED

Dated: __1/10_____, 2013          _____

                                                             United States District Court Judge

Second Joint Stipulation and Order for Extension of Time                Case No. 12-cv-4762-RS