**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, | Case No. 12-cv-4762-RS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| LISA P. JACKSON,<br>in her official capacity as Administrator of<br>the United States Environmental Protection<br>Agency, | |
| Defendant. | |

  Upon consideration of the Joint Motion to Administratively Close this Case by

Plaintiff Sierra Club and Defendant Lisa P. Jackson, it is hereby

  ORDERED that the Motion is GRANTED and the clerk shall administratively close

this case.

  This case may be reopened upon motion by either party.

SO ORDERED.

Dated:  2/22/13

_____
The Honorable Richard Seeborg
United States District Judge