# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA P. JACKSON,<br>in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendant. | Case No. 12-cv-4762-RS<br><br>[PROPOSED] ORDER |

Upon consideration of the Joint Motion to Administratively Close this Case by Plaintiff Sierra Club and Defendant Lisa P. Jackson, it is hereby

ORDERED that the Motion is GRANTED and the clerk shall administratively close this case.

This case may be reopened upon motion by either party.

SO ORDERED.

Dated: _2/22/13___                            _____
                                             The Honorable Richard Seeborg
                                             United States District Judge